# EXHIBIT A

## Notice of Filing of Notice of Removal

ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:    (775) 501-9400
Email:  rdotson@dhvnv.com
        dhayward@dhvnv.com
        jvance@dhvnv.com

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER
*(Pro Hac Vice to be submitted)*
MATT BENJAMIN
*(Pro Hac Vice to be submitted)*
 200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Email:  OSnyder@gibsondunn.com
        MBenjamin@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
THOMAS H. DUPREE JR.
*(Pro Hac Vice to be submitted)*
JACOB T. SPENCER
*(Pro Hac Vice to be submitted)*
 1700 M Street, N.W.
Washington, DC  20036
Tel:    (202) 955-8500
Email   TDupree@gibsondunn.com
        JSpencer@gibsondunn.com

*Attorneys for Defendants*
*Blockratize Inc. dba Polymarket;*
*QCX LLC dba Polymarket US; and*
*Adventure One QSS Inc. dba Polymarket*

**IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**
**IN AND FOR CARSON CITY**

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKRATIZE INC. d/b/a POLYMARKET; QCX LLC d/b/a POLYMARKET US; ADVENTURE ONE QSS INC. d/b/a POLYMARKET,<br><br>Defendants. | Case No.: 26-OC-00012-1B<br><br>Dept. No.: 1 |

**NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

1

Please take notice that on February 5, 2026, Defendants BLOCKRATIZE, INC. d/b/a POLYMARKET, QCX LLC d/b/a POLYMARKET US, and ADVENTURE ONE QSS, INC. d/b/a POLYMARKET (collectively "Defendants") filed in the United States District Court for the District of Nevada a Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441(a), 1442(a), and 1446.

A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

The First Judicial District Court of the State of Nevada in and for Carson City is hereby requested to proceed no further with this matter unless the case is remanded.

**Affirmation Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED: February 5, 2026          DOTSON, HAYWARD & VANCE, PC

/s/ Robert A. Dotson
ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
(775) 501-9400

Orin Snyder*
Matt Benjamin*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com

Thomas H. Dupree Jr.*
Jacob T. Spencer*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500

2

TDupree@gibsondunn.com

*Attorneys for Defendants*
*Blockratize, Inc. d/b/a Polymarket and*
*QCX, LLC d/b/a Polymarket US*

*Pro hac vice* forthcoming

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of DOTSON, HAYWARD & VANCE, PC and that on this date I caused to be served a true and correct copy of the foregoing by:

☒ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson, Hayward & Vance, PC , mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☐ By electronic service by filing the foregoing with the Clerk of Court using the E-Flex system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☒ Email.

addressed as follows:

Jessica E. Whelan
Sabrena K. Clinton
John S. Michela
Nevada Office of the Attorney General
1 State of Nevada Way Ste 100
Las Vegas, NV 89119
jwhelan@ag.nv.gov
sclinton@ag.nv.gov
JMichela@ag.nv.gov
*Attorneys for Plaintiff*

DATED this 5 day of February 2026.

_____
L. MORGAN BOGUMIL

4