# EXHIBIT D

## Waiver of Service

ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:   (775) 501-9400
Email: rdotson@dhvnv.com
       dhayward@dhvnv.com
       jvance@dhvnv.com

GIBSON, DUNN & CRUTCHER LLP
THOMAS H. DUPREE JR.
*(Pro Hac Vice to be submitted)*
JACOB T. SPENCER
*(Pro Hac Vice to be submitted)*
1700 M Street, N.W.
Washington, DC 20036-4504
Tel:   (202) 955-8500
Email  TDupree@gibsondunn.com
       JSpencer@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER
*(Pro Hac Vice to be submitted)*
MATT BENJAMIN
*(Pro Hac Vice to be submitted)*
200 Park Avenue
New York, NY 10166
Tel:   (212) 351-4000
Email: OSnyder@gibsondunn.com
       MBenjamin@gibsondunn.com

*Attorneys for Defendants*
*Blockratize Inc. dba Polymarket and*
*QCX LLC dba Polymarket US*

## IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR CARSON CITY

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKRATIZE, INC. d/b/a POLYMARKET; QCX, LLC d/b/a POLYMARKET US; ADVENTURE ONE QSS, INC. d/b/a POLYMARKET,<br><br>Defendants. | Case No.: 26-OC-00012-1B<br><br>Dept. No.: 1 |

### WAIVER OF SERVICE OF SUMMONS
### RULE 4.1 OF THE NEVADA RULES OF CIVIL PROCEDURE

1

ROBERT A. DOTSON, counsel for Defendants BLOCKRATIZE INC. dba POLYMARKET ("Blockratize") and QCX LLC dba POLYMARKET US ("Polymarket US") has received the Plaintiff's request to waive service of a summons in this lawsuit along with a copy of the complaint and copies of waiver forms.

Blockratize and Polymarket US agree to save Plaintiff the expense of serving them with a summons and complaint in this lawsuit. This waiver of service, however, is not intended to be and should not be construed as constituting the general appearance or appearance on the merits of Defendants in this matter. By executing and filing this waiver of service, Blockratize and Polymarket US do not waive any defenses or objections they have to this action (including but not limited to lack of personal jurisdiction), except for objections to the lack of summons or service.

For the avoidance of doubt, this waiver does not apply to Defendant Adventure One QSS Inc. ("Adventure One"). I am not authorized to waive service or any other defense or objection on behalf of Adventure One. Nor should this waiver be construed as a general appearance or appearance on the merits of Adventure One in this matter.

I also understand that Blockratize and Polymarket US must file and serve an answer or a motion under Rule 12 of the Nevada Rules of Civil Procedure within 60 days from January 21, 2026, the date when the request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entities I represent.

DATED this 4 day of February 2026.

DOTSON, HAYWARD & VANCE PC

ROBERT A. DOTSON (NSB No. 5285)
DANIEL T. HAYWARD (NSB No. 5986)
JUSTIN C. VANCE (NSB No. 11306)
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
(775) 501-9400

*Attorneys for Defendants*
*Blockratize Inc. dba Polymarket and*
*QCX LLC dba Polymarket US*