ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:    (775) 501-9400
Email:  rdotson@dhvnv.com
        dhayward@dhvnv.com
        jvance@dhvnv.com

GIBSON, DUNN & CRUTCHER LLP
THOMAS H. DUPREE JR.
*(Pro Hac Vice to be submitted)*
JACOB T. SPENCER
*(Pro Hac Vice to be submitted)*
 1700 M Street, N.W.
Washington, DC  20036
Tel:    (202) 955-8500
Email   TDupree@gibsondunn.com
        JSpencer@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER
*(Pro Hac Vice to be submitted)*
MATT BENJAMIN
*(Pro Hac Vice to be submitted)*
 200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Email: OSnyder@gibsondunn.com
        MBenjamin@gibsondunn.com

*Attorneys for Defendants*
*Blockratize Inc. dba Polymarket and*
*QCX LLC dba Polymarket US*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKRATIZE INC. d/b/a POLYMARKET; QCX LLC d/b/a POLYMARKET US; ADVENTURE ONE QSS INC. d/b/a POLYMARKET,<br><br>Defendants. | CASE NO. 3:26-cv-00089<br><br>[Nev. Dist. Ct. No. 26OC000121B] |

**CERTIFICATE OF INTERESTED PARTIES**

1

The undersigned attorney of record for Blockratize Inc. d/b/a Polymarket, QCX LLC d/b/a Polymarket US, and Adventure One QSS Inc. certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Intercontinental Exchange, Inc. is a publicly traded company (ICE) owning more than 10% of Blockratize Inc.

- Blockratize Inc. is the sole owner of QCX LLC.

- Adventure One QSS Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.[1]

DATED:  February 6, 2026                                Respectfully submitted,

                                                                                              /s/ Robert A. Dotson
ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
(775) 501-9400

Orin Snyder*
Matt Benjamin*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com

---

[1] This Certificate of Interested Parties is not—and should not be construed as—a general appearance or appearance on the merits by Defendants.  By filing this Certificate of Interested Parties, Defendants do not waive any defenses, whether in state or federal court, including, without limitation, improper service of process or lack of personal jurisdiction.

Thomas H. Dupree Jr.*
Jacob T. Spencer*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500
TDupree@gibsondunn.com

*Attorneys for Defendants
Blockratize Inc. d/b/a Polymarket and
QCX LLC d/b/a Polymarket US*

*Pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record. I also caused a true and correct copy of the foregoing document to be served upon the following parties by email:

    Jessica E. Whelan
    John S. Michela
    Sabrena K. Clinton
    State of Nevada
    Office of the Attorney General
    1 State of Nevada Way, Suite 100
    Las Vegas, NV 89119
    jwhelan@ag.nv.gov
    jmichela@ag.nv.gov
    sclinton@ag.nv.gov

    Respectfully submitted,
    By:  /s/  *Robert A. Dotson*