# Exhibit 1

| | |
|---|---|
| **From:** | Spencer, Jacob T. <JSpencer@gibsondunn.com> |
| **Sent:** | Sunday, February 1, 2026 9:13 PM |
| **To:** | Jessica E. Whelan; Snyder, Orin; Dupree Jr., Thomas H.; Benjamin, Matt; Dotson Robert |
| **Cc:** | Sabrena K. Clinton; John S. Michela; Abigail L. Pace; Darlene B. Caruso; Jeny M. Beesley |
| **Subject:** | RE: NGCB v. Polymarket - follow up on briefing and service |

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Jessica—

Thank you for the call this evening. To memorialize our agreement, we have agreed that our opposition brief is due on Thursday, February 5 by noon PT, and your reply brief is due on Tuesday, February 10 by noon PT. We are happy to discuss the stipulation question further tomorrow at your convenience, as discussed.

Best,
Jacob

**Jacob T. Spencer**
Partner

T: +1 202.887.3792 | M: +1 202.527.1525
JSpencer@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Spencer, Jacob T.
**Sent:** Saturday, January 31, 2026 9:46 PM
**To:** Whelan Jessica E. <JWhelan@ag.nv.gov>; Snyder, Orin <OSnyder@gibsondunn.com>; Dupree Jr., Thomas H. <TDupree@gibsondunn.com>; Benjamin, Matt <MBenjamin@gibsondunn.com>; Dotson Robert <rdotson@dhvnv.com>
**Cc:** Clinton Sabrena K. <SClinton@ag.nv.gov>; Michela John S. <JMichela@ag.nv.gov>; Pace Abigail L. <APace@ag.nv.gov>; Caruso Darlene B. <DCaruso@ag.nv.gov>; Beesley Jeny M. <JBeesley@ag.nv.gov>
**Subject:** RE: NGCB v. Polymarket - follow up on briefing and service

Jessica—

Thank you for resending your email. We are authorized to waive service on behalf of our two U.S.-based clients (Blockratize and QCX) and will send you the waiver forms. We are not authorized to waive service on behalf of Adventure One, which is a Panamanian corporation.

 In terms of the briefing schedule, would you be amenable to extending our time to file an opposition brief until Friday, February 6? Let us know if you would like to discuss.

1

Our clients have complied with, and will comply with, the TRO.

Best,

Jacob


**Jacob T. Spencer**
Partner

T: +1 202.887.3792 | M: +1 202.527.1525
JSpencer@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Jessica E. Whelan <JWhelan@ag.nv.gov>
**Sent:** Friday, January 30, 2026 5:38 PM
**To:** Spencer, Jacob T. <JSpencer@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Dupree Jr., Thomas H. <TDupree@gibsondunn.com>; Benjamin, Matt <MBenjamin@gibsondunn.com>; 'Robert Dotson' <rdotson@dhvnv.com>
**Cc:** Sabrena K. Clinton <SClinton@ag.nv.gov>; John S. Michela <JMichela@ag.nv.gov>; Abigail L. Pace <APace@ag.nv.gov>; Darlene B. Caruso <DCaruso@ag.nv.gov>; Jeny M. Beesley <JBeesley@ag.nv.gov>
**Subject:** RE: NGCB v. Polymarket - follow up on briefing and service


Counsel,

I am following back up on my email from yesterday regarding timing of briefing and acceptance of service. I'd also like to discuss what efforts Polymarket has taken/is taking to comply with the Court's TRO.

I am available this evening and over the weekend to discuss. If I don't have an answer on acceptance of service by Monday, we will have summonses issued and serve in the ordinary course, reserving our right to seek the costs of service pursuant to NRCP 4.1(b).

Thank you,

Jessica

**Jessica E. Whelan**

Chief Deputy Solicitor General - Litigation

Office of the Attorney General

1 State of Nevada Way

Suite 100

Las Vegas, Nevada 89119

jwhelan@ag.nv.gov

D: 702-486-4346



*Notice: This e-mail message and any attachments thereto may contain confidential, privileged, or non-public information. Use, dissemination, distribution, or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies.*

---

**From:** Jessica E. Whelan
**Sent:** Thursday, January 29, 2026 10:02 AM
**To:** Spencer, Jacob T. <jspencer@gibsondunn.com>; osnyder@gibsondunn.com; tdupree@gibsondunn.com; Benjamin, Matt <mbenjamin@gibsondunn.com>; 'Robert Dotson' <rdotson@dhvnv.com>
**Cc:** Sabrena K. Clinton <SClinton@ag.nv.gov>; John S. Michela <JMichela@ag.nv.gov>; Abigail L. Pace <APace@ag.nv.gov>; Darlene B. Caruso <DCaruso@ag.nv.gov>; Jeny M. Beesley <JBeesley@ag.nv.gov>
**Subject:** NGCB v. Polymarket - follow up on briefing and service

Counsel,

In light of the Court's order, I wanted to reach out and revisit two issues: (1) a briefing schedule on the Motion for Preliminary Injunction; and (2) whether you are willing to accept/waive service for your US-based clients in light of NRCP 4.2. I addressed the second issue in the attached email I sent last week, but I realize that the email was sent on the day that Outlook was down for everyone, so I'm not sure if you actually received it.

Please let me know if you'd like to discuss.

Thank you,

Jessica


**Jessica E. Whelan**

Chief Deputy Solicitor General - Litigation

Office of the Attorney General

1 State of Nevada Way

Suite 100

Las Vegas, Nevada 89119

jwhelan@ag.nv.gov

D: 702-486-4346

<image001.png>

*Notice: This e-mail message and any attachments thereto may contain confidential, privileged, or non-public information. Use, dissemination, distribution, or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies.*

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.