1  AARON D. FORD
   Attorney General
2  Jessica E. Whelan (Bar No. 14781)
   Chief Deputy Solicitor General - Litigation
3  John S. Michela (Bar No. 8189)
   Senior Deputy Attorney General
4  Sabrena K. Clinton (Bar No. 6499)
   Senior Deputy Attorney General
5  State of Nevada,
   Office of the Attorney General
6  1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
7  (702) 486-3420 (phone)
   (702) 486-3773 (fax)
8  jwhelan@ag.nv.gov
   jmichela@ag.nv.gov
9  sclinton@ag.nv.gov

10 *Attorneys for Plaintiff State of Nevada ex rel.
   Nevada Gaming Control Board*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket,<br><br>Defendants, | Case No.: 3:26-cv-00089<br><br>[Nev. Dist. Ct. No. 26OC000121B]<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Plaintiff State of Nevada ex rel. Nevada Gaming Control Board, by and through counsel, requests the Court and the respective parties to enter a limited notice of appearance in this matter for the State of Nevada ex rel. Nevada Gaming Control Board for the purpose of responding to the

/ / /

/ / /

/ / /

Page **1** of **2**

Defendants' Notice of Removal to Federal Court. No defenses or objections, including lack of service, shall be waived as a result of this limited notice of appearance.

DATED this 10th day of February, 2026.

AARON D. FORD
Attorney General

By: /s/ *Jessica E. Whelan*
    Jessice E. Whelan (Bar No. 14781)
     Chief Deputy Solicitor General – Litigation
    John S. Michela (Bar No. 8189)
     Senior Deputy Attorney General
    Sabrena K. Clinton (6499)
     Senior Deputy Attorney General
    State of Nevada
    Office of the Attorney General
    1 State of Nevada Way, Suite 100
    Las Vegas, NV 89119
    jwhelan@ag.nv.gov
    jmichela@ag.nv.gov
    sclinton@ag.nv.gov

*Attorneys for Plaintiff State of Nevada ex rel. Nevada Gaming Control Board*