AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
John S. Michela (Bar No. 8189)
  Senior Deputy Attorney General
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada,
  Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD, | Case No.: 3:26-cv-00089 |
| Plaintiff, | [Nev. Dist. Ct. No. 26OC000121B] |
| v. | |
| BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket, | **CERTIFICATE OF INTERESTED PARTIES** |
| Defendants, | |

PLEASE TAKE NOTICE that Plaintiff State of Nevada ex rel. Nevada Gaming Control Board, by and through counsel, pursuant to LR 7.1-1 hereby certifies, upon information and belief, that there are no known interested parties other than those participating in this case.

DATED this 10th day of February, 2026.

> AARON D. FORD
> Attorney General
>
> By: /s/ *Jessica E. Whelan*
>   Jessice E. Whelan (Bar No. 14781)
>   Chief Deputy Solicitor General – Litigation
>   jwhelan@ag.nv.gov
>
> *Attorneys for Plaintiff*

Page **1** of **1**