ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:    (775) 501-9400
Email: rdotson@dhvnv.com
       dhayward@dhvnv.com
       jvance@dhvnv.com

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER
*(Pro Hac Vice to be submitted)*
 200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Email: OSnyder@gibsondunn.com

JESSICA E. WHELAN
Nevada State Bar No. 14781
JOHN S. MICHELA
Nevada State Bar No. 8189
SABRENA K. CLINTON
Nevada State Bar No. 6499
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tel:    (702) 486-3420
Email: jwhelan@ag.nv.gov
       jmichela@ag.nv.gov
       sclinton@ag.nv.gov

*Attorneys for Plaintiff*

*Attorneys for Defendants BLOCKRATIZE INC. d/b/a POLYMARKET; QCX LLC d/b/a POLYMARKET US; ADVENTURE ONE QSS INC. d/b/a POLYMARKET*

Additional counsel listed on signature block

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br>            Plaintiff,<br>    v.<br>BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket,<br>            Defendants. | CASE NO. 3:26-cv-00089-MMD-CLB<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND<br>(FIRST REQUEST) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff and Defendants, through their respective counsel, submit the following Stipulation and Order Modifying Briefing Schedule on Plaintiff's Motion to Remand.  This is the first stipulation for a modification of the briefing schedule on Plaintiff's Motion to Remand.

1

1.  On January 29, 2026, the First Judicial District Court of the State of Nevada granted Plaintiff's Application for an *Ex Parte* Temporary Restraining Order. The order enjoins Defendants from "operating or offering a market in Nevada that involves 'event-based contracts' without a valid license issued in accordance with Chapter 463 of Nevada Revised Statutes." Dkt. 2-4, at 86. The *ex parte* temporary restraining order expires on February 12, 2026.

2.  On February 5, 2026, Defendants removed this case to this Court pursuant 28 U.S.C. §§ 1331, 1441, 1442(a)(1), and 1446.

3.  On February 9, 2026, Plaintiff informed Defendants that it intended the same day to file an emergency motion to remand.

4.  On an ordinary briefing schedule, Defendants' Opposition to Plaintiff's Motion to Remand would be due February 23, 2026, with Plaintiff's Reply due March 2, 2026.

5.  Because Plaintiff wishes to have the motion resolved before the expiration of the *ex parte* temporary restraining order, Plaintiff proposed that Defendants have 24 hours to respond to Plaintiff's motion.

6.  Instead, to ensure that the parties have adequate time to brief—and the Court has adequate time to consider—Plaintiff's Motion to Remand, the parties have agreed that good cause exists for a more modest abbreviation to the ordinary briefing schedule.

7.  Under the agreed abbreviated briefing schedule, the parties stipulate to the following deadlines:

    a.  Plaintiff filed its motion to remand on February 9, 2026.
    b.  Defendants will file their Opposition to Plaintiff's Motion to Remand on or before February 13, 2026.
    c.  Plaintiff will file any Reply in Support of its Motion to Remand on or before February 18, 2026.

/ / /

/ / /

8. The parties respectfully request that the Court hear argument on Plaintiff's Motion to Remand. The parties are available on February 23 and February 24, 2026, but defer to the Court's availability and schedule.

9. The parties also respectfully request that the Court resolve Plaintiff's Motion to Remand by February 26, 2026.

10. Solely to allow the Court to resolve the motion on a reasonable schedule, Defendants have consented, pursuant to Fed. R. Civ. P. 65(b)(2), to a 14-day extension of the *ex parte* temporary restraining order through February 26, 2026.

11. Defendants consent to this extension without prejudice to—and while expressly reserving—any defenses and objections, including those based on improper service and personal jurisdiction. Plaintiff agrees not to rely on Defendants' consent to the extension or on this Stipulation as a basis for disputing the validity of Defendants' defenses and objections.

12. Similarly, Plaintiff agrees to the terms of this stipulation without prejudice to—and while expressly reserving—any challenge to the jurisdiction of this Court over the civil enforcement action brought by Plaintiff in state district court.

13. For all of the aforementioned reasons, the parties stipulate and request the Court issue an alternative briefing schedule for Plaintiff's Motion to Remand, as set forth herein.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

| | |
|---|---|
| DOTSON, HAYWARD & VANCE, PC | OFFICE OF THE NEVADA ATTORNEY GENERAL |
| /s/ Robert A. Dotson | /s/ Jessica E. Whelan |
| ROBERT A. DOTSON (NSB No. 5285)<br>DANIEL T. HAYWARD (NSB No. 5986)<br>JUSTIN C. VANCE (NSB No. 11306)<br>5355 Reno Corporate Drive, Ste 100<br>Reno, Nevada 89511<br>(775) 501-94 | JESSICA E. WHELAN (NSB 14781)<br>  Chief Deputy Solicitor General<br>JOHN S. MICHELA (NSB 8189)<br>  Senior Deputy Attorney General<br>SABRENA K. CLINTON (NSB 6499)<br>  Senior Deputy Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119 |
| Orin Snyder*<br>Matt Benjamin*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>212.351.4000<br>OSnyder@gibsondunn.com<br>MBenjamin@gibsondunn.com | jwhelan@ag.nv.gov<br>jmichela@ag.nv.gov<br>sclinton@ag.nv.gov<br>(702) 486-3420<br><br>*Attorneys for Plaintiff* |
| Thomas H. Dupree Jr.*<br>Jacob T. Spencer*<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C.  20036<br>202.955.8500<br>TDupree@gibsondunn.com<br>JSpencer@gibsondunn.com | |
| *Attorneys for Defendants BLOCKRATIZE INC. d/b/a POLYMARKET; QCX LLC d/b/a POLYMARKET US; ADVENTURE ONE QSS INC. d/b/a POLYMARKET*<br>**Pro hac vice* forthcoming* | |