Mark A. Hutchison (Nev. Bar No. 4639)
Joseph C. Reynolds (Nev. Bar No. 8630)
HUTCHISON & STEFFEN, PLLC
100 West Liberty Street, Suite 765
Reno, Nevada 89501
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
(775) 853-8746
(*designated local counsel*)

Adam P. Laxalt (Nev. Bar No. 12426)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036
alaxalt@cooperkirk.com
(202) 220-9600

Orin Snyder
(*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
OSnyder@gibsondunn.com
(212) 351-4000

*Counsel for Defendants BLOCKRATIZE
INC. d/b/a POLYMARKET; QCX LLC d/b/a
POLYMARKET US; ADVENTURE ONE
QSS INC. d/b/a POLYMARKET*
Additional counsel listed on signature block

Jessica E. Whelan (Nev. Bar No. 14781)
John S. Michela (Nev. Bar No. 8189)
Sabrena K. Clinton (Nev. Bar No. 6499)
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov
(702) 486-3420

*Counsel for Plaintiff STATE OF NEVADA
ex rel. NEVADA GAMING CONTROL
BOARD*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket,<br><br>Defendants. | Case No.: 3:26-cv-00089-MMD-CLB<br><br>[Nev. Dist. Ct. No. 26OC000121B]<br><br>ORDER GRANTING SECOND STIPULATION TO EXTEND EX PARTE TEMPORARY RESTRAINING ORDER PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND<br><br>(SECOND REQUEST) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff and Defendants, through their respective counsel, submit the following Second Stipulation and Order to Extend Ex Parte Temporary Restraining Order Pending Resolution of Plaintiff's Motion to Remand.  This is the second stipulation related to Plaintiff's Motion to Remand.

1.      On January 29, 2026, the First Judicial District Court of the State of Nevada granted Plaintiff's Application for an *Ex Parte* Temporary Restraining Order.  The order enjoins Defendants from "operating or offering a market in Nevada that involves 'event-based contracts' without a valid license issued in accordance with Chapter 463 of Nevada Revised Statutes."  Dkt. 2-4, at 86.  By its terms, the *ex parte* temporary restraining order was set to expire on February 12, 2026.

2.      On February 5, 2026, Defendants removed this case to this Court pursuant 28 U.S.C. §§ 1331, 1441, 1442(a)(1), and 1446.

3.      On February 9, 2026, Plaintiff filed a Motion to Remand.  Dkt. 7.

4.      The parties filed a Stipulation Modifying Briefing Schedule on Plaintiff's Motion to Remand.  Dkt. 10.  The Court granted that modification.  Dkt. 23.

5.      In accordance with the stipulation, Defendants filed their Response to the Motion to Remand on February 13, 2026.  Dkt. 15.  And Plaintiff filed its Reply on February 18, 2026.  Dkt. 20.

6.      On February 24, 2026, the Court held a hearing on Plaintiff's Motion to Remand.

7.      Solely to ensure that the Court could resolve the motion on a reasonable schedule, Defendants consented in the first stipulation, pursuant to Fed. R. Civ. P. 65(b)(2), to a 14-day extension of the *ex parte* temporary restraining order through February 26, 2026.  Dkt. 10 ¶ 10.

8.      At the February 24, 2026, hearing, Plaintiff represented that it would file an emergency motion if the Court did not rule on the remand motion before the expiration of the *ex parte* temporary restraining order on February 26, 2026.  The Court explained that, given the other important matters on its docket, it could not guarantee it would issue a decision before February 26, 2026.

9.      Solely to ensure that the Court has sufficient time to give due consideration to the

2

Motion to Remand and to avoid the burdens on the Court associated with an emergency motion, Defendants have consented, pursuant to Fed. R. Civ. P. 65(b)(2), to a further extension of the *ex parte* temporary restraining order, through March 6, 2026.

10. Defendants consent to this extension without prejudice to—and while expressly reserving—any defenses and objections, including those based on improper service and personal jurisdiction. Plaintiff agrees not to rely on Defendants' consent to the extension or on this Stipulation as a basis for disputing the validity of Defendants' defenses and objections.

11. Similarly, Plaintiff agrees to the terms of this stipulation without prejudice to—and while expressly reserving—any challenge to the jurisdiction of this Court over the civil enforcement action brought by Plaintiff in state district court.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2026

3

HUTCHISON & STEFFEN, PLLC

  /s/  *Joseph C. Reynolds*
Mark A. Hutchison (Nev. Bar No. 4639)
Joseph C. Reynolds (Nev. Bar No. 8630)
100 West Liberty Street, Suite 765
Reno, Nevada 89501
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
(775) 853-8746

Adam P. Laxalt (Nev. Bar No. 12426)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036
alaxalt@cooperkirk.com
(202) 220-9600

Orin Snyder (*pro hac vice*)
Matt Benjamin (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
(212) 351-4000

Thomas H. Dupree Jr. (*pro hac vice*)
Jacob T. Spencer (*pro hac vice*)
Adam I. Steene (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, D.C. 20036
TDupree@gibsondunn.com
JSpencer@gibsondunn.com
ASteene@gibsondunn.com
(202) 955-8500

*Counsel for Defendants Blockratize Inc.*
*d/b/a Polymarket; QCX LLC d/b/a*
*Polymarket US; and ADVENTURE ONE*
*QSS INC. d/b/a Polymarket*.

OFFICE OF THE NEVADA ATTORNEY GENERAL

  /s/  *Jessica E. Whelan*
Jessica E. Whelan (Nev. Bar. No. 14781)
John S. Michela (Nev. Bar. No. 8189)
Sabrena K. Clinton (Nev. Bar. No. 6499)
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov
(702) 486-3420

*Counsel for Plaintiff*

5007566612.2