ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:    (775) 501-9400
Email: rdotson@dhvnv.com
          dhayward@dhvnv.com
          jvance@dhvnv.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket,<br><br>Defendants. | Case No.: 3:26-cv-00089-MMD-CLB |

## NOTICE OF WITHDRAWAL OF COUNSEL

Robert A. Dotson, Daniel T. Hayward, Justin C. Vance, and Dotson, Hayward & Vance, PC, hereby withdraw as counsel for Defendants Blockratize Inc. d/b/a Polymarket, QCX LLC d/b/a Polymarket US, and Adventure One QSS Inc. d/b/a Polymarket (hereinafter collectively "Defendants"). Defendants will be represented by Mark A. Hutchison and Joseph C. Reynolds of Hutchison & Steffen, PLLC, who filed a Notice of Appearance and Notice of Association with Local Counsel (ECF No. 11) on February 13, 2026.

///

///

///

1

1  Pursuant to LR IA 11-6, Robert A. Dotson, Daniel T. Hayward, Justin C. Vance, and Dotson,
2  Hayward & Vance, PC confirm that they consent to this withdrawal. Defendants, by their signature,
3  set forth below, approve of the withdrawal.
4  I consent to this withdrawal on behalf of Blockratize Inc., d/b/a Polymarket; QCX LLC, d.b.a.
5  Polymarket US; and Adventure One QSS Inc, d/b/a Polymarket:

By: *Neal Kumar* (Signed by: 1E11EF4A218044C...)

Its: Chief Legal Officer, Polymarket

DATED this 26 day of February 2026.

DOTSON, HAYWARD & VANCE, PC

ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Dr Ste 100
Reno, Nevada 89511
(775) 501-9400

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON, HAYWARD & VANCE, PC, and that on this date; I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson, Hayward & Vance, PC, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☒ By email to the email addresses below.

addressed as follows:

Jessica E. Whelan
John S. Michela
Sabrena K. Clinton
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov

Mark A. Hutchison
Joseph C. Reynolds
Hutchison & Steffen, PLLC
100 West Liberty Street, Suite 765
Reno, Nevada 89501
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com

DATED this __27th__ day of __February__, 2026.

/s/ L. MORGAN BOGUMIL
L. MORGAN BOGUMIL