ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:     (775) 501-9400
Email:  rdotson@dhvnv.com
        dhayward@dhvnv.com
        jvance@dhvnv.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STATE OF NEVADA ex rel. NEVADA
GAMING CONTROL BOARD,

Plaintiff,

v.

BLOCKRATIZE INC. d/b/a Polymarket;
QCX LLC d/b/a Polymarket US;
ADVENTURE ONE QSS INC. d/b/a
Polymarket,

Defendants.

Case No.: 3:26-cv-00089-MMD-CLB

**ORDER GRANTING
WITHDRAWL OF COUNSEL**

### NOTICE OF WITHDRAWAL OF COUNSEL

Robert A. Dotson, Daniel T. Hayward,  Justin C. Vance, and Dotson, Hayward & Vance, PC, hereby withdraw as counsel for Defendants Blockratize Inc. d/b/a Polymarket, QCX LLC d/b/a Polymarket US, and Adventure One QSS Inc. d/b/a Polymarket (hereinafter collectively "Defendants").  Defendants will be represented by Mark A. Hutchison and Joseph C. Reynolds of Hutchison & Steffen, PLLC, who filed a Notice of Appearance and Notice of Association with Local Counsel (ECF No. 11) on February 13, 2026.

///

///

///

1

DOTSON, HAYWARD
& VANCE, PC
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

Pursuant to LR IA 11-6, Robert A. Dotson, Daniel T. Hayward, Justin C. Vance, and Dotson, Hayward & Vance, PC confirm that they consent to this withdrawal. Defendants, by their signature, set forth below, approve of the withdrawal.

I consent to this withdrawal on behalf of Blockratize Inc., d/b/a Polymarket; QCX LLC, d.b.a. Polymarket US; and Adventure One QSS Inc, d/b/a Polymarket:

Signed by:

By: _Neal Kumar_ _____
1E11EF4A218044C...

Its: Chief Legal Officer, Polymarket

DATED this __26__ day of __February__ 2026.

DOTSON, HAYWARD & VANCE, PC

ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Dr Ste 100
Reno, Nevada 89511
(775) 501-9400

**IT IS SO ORDERED.**

**DATED:** __February 27, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

2

DOTSON, HAYWARD
& VANCE, PC
5355 RENO CORPORATE DR.
SUITE #100
RENO. NEVADA 89511