AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General - Litigation
Sabrena K. Clinton (Bar No. 6499)
Senior Deputy Attorney General
John S. Michela (Bar No. 8189)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3416 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov
jmichela@ag.nv.gov

*Attorneys for Plaintiff State of Nevada ex rel. Nevada Gaming Control Board*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BORAD,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKRATIZE, INC. d/b/a/ POLYMARKET; QCX LLC, d/b/a POLYMARKET US; ADVENTURE ONE QSS INC. d/b/a/ POLYMARKET,<br><br>Defendants. | Case No. 3:26-cv-00089-MMD-CLB<br><br>**PLAINTIFF'S NOTICE REGARDING EMERGENCY MOTION FOR ADMINISTRATIVE STAY (ECF NO. 42)** |

The Nevada Gaming Control Board files this notice regarding Polymarket's emergency motion for an administrative stay, which seeks to stay the Court's remand order until the Court resolves Polymarket's forthcoming motion for a stay pending appeal. *See* ECF No. 42. The Court should not rule on that motion yet.

Counsel for the Board has been in contact with counsel for Polymarket, and the parties intend to meet and confer tomorrow morning Pacific Time (Tuesday, March 3, 2026) regarding Polymarket's emergency motion and whether Polymarket will consent to extend

the terms of the state court temporary restraining order (TRO). The meet and confer will determine whether the Board files an opposition to the emergency motion.

The parties previously agreed to extend TRO entered by the state court until this Friday, March 6, 2026, to give the Court time to rule on the remand motion. *See* ECF No. 38. Polymarket thus is not currently operating in Nevada. If Polymarket agrees to extend the TRO pending the resolution of its forthcoming motion for a stay pending appeal, then the Board will not oppose an administrative stay. The Board simply seeks to maintain the status quo. Polymarket's administrative-stay motion (and its forthcoming motion for a stay pending appeal) should not be used to allow Polymarket to run out the clock on the TRO and resume unlicensed operations in Nevada.

If Polymarket will not agree to extend the TRO pending the resolution of its forthcoming motion for a stay pending appeal, then the Board will oppose the emergency motion and will ask the Court to extend the TRO to keep the status quo in place while the Court considers Polymarket's motion for a stay pending appeal.

The Board will promptly update the Court once the parties have been able to meet and confer on the emergency motion.

DATED this 2nd day of March, 2026.

> AARON D. FORD
> Attorney General
>
> By: */s/ Jessica E. Whelan*
>    Jessica E. Whelan (Bar No. 14781)
>     Chief Deputy Solicitor General - Litigation
>    Sabrena K. Clinton (Bar No. 6499)
>     Senior Deputy Attorney General
>    John S. Michela (Bar No. 8189)
>     Senior Deputy Attorney General
>    State of Nevada
>    Office of the Attorney General
>    jwhelan@ag.nv.gov
>    sclinton@ag.nv.gov
>    jmichela@ag.nv.gov
>
> *Attorneys for State of Nevada ex rel. Nevada Gaming Control Board*