| | |
|---|---|
| Mark A. Hutchison (Nev. Bar No. 4639) | Orin Snyder |
| Joseph C. Reynolds (Nev. Bar No. 8630) | (*pro hac vice*) |
| HUTCHISON & STEFFEN, PLLC | Matthew Benjamin |
| 100 West Liberty Street, Suite 765 | (*pro hac vice*) |
| Reno, Nevada 89501 | GIBSON, DUNN & CRUTCHER LLP |
| mhutchison@hutchlegal.com | 200 Park Avenue |
| jreynolds@hutchlegal.com | New York, New York 10166 |
| (775) 853-8746 | OSnyder@gibsondunn.com |
| (*designated local counsel*) | MBenjamin@gibsondunn.com |
| | (212) 351-4000 |
| Adam P. Laxalt (Nev. Bar No. 12426) | Thomas H. Dupree Jr. |
| COOPER & KIRK, PLLC | (*pro hac vice*) |
| 1523 New Hampshire Avenue NW | Jacob T. Spencer |
| Washington, D.C. 20036 | (*pro hac vice*) |
| alaxalt@cooperkirk.com | Adam I. Steene |
| (202) 220-9600 | (*pro hac vice*) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1700 M Street NW |
| | Washington, D.C. 20036 |
| | TDupree@gibsondunn.com |
| | JSpencer@gibsondunn.com |
| | ASteene@gibsondunn.com |
| | (202) 955-8500 |

Counsel for Defendants BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; and ADVENTURE ONE QSS INC. d/b/a Polymarket

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD, | Case No.: 3:26-cv-00089-MMD-CLB |
| Plaintiffs, | [Nev. Dist. Ct. No. 26OC000121B] |
| v. | NOTICE OF APPEAL |
| BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; ADVENTURE ONE QSS INC. d/b/a Polymarket, | |
| Defendants. | |

# NOTICE OF APPEAL

Notice is hereby given that Defendants Blockratize Inc. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; and Adventure One QSS Inc. d/b/a Polymarket appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order remanding this case to state court, entered on March 2, 2026 (Dkt. 41); and all rulings, orders, findings, and conclusions leading up to, merged in, or included within the above listed judgment and order.

No prior appeal has been noticed in this case.

DATED: March 3, 2026.

HUTCHISON & STEFFEN, PLLC

/s/ Joseph C. Reynolds

Mark A. Hutchison (Nev. Bar No. 4639)
Joseph C. Reynolds (Nev. Bar No. 8630)
100 West Liberty Street, Suite 765
Reno, Nevada 89501
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
(775) 853-8746

Adam P. Laxalt (Nev. Bar No. 12426)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036
alaxalt@cooperkirk.com
(202) 220-9600

Orin Snyder (*pro hac vice*)
Matt Benjamin (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
(212) 351-4000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thomas H. Dupree Jr. (*pro hac vice*)
Jacob T. Spencer (*pro hac vice*)
Adam I. Steene (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, D.C. 20036
TDupree@gibsondunn.com
JSpencer@gibsondunn.com
ASteene@gibsondunn.com
(202) 955-8500

*Counsel for Defendants BLOCKRATIZE INC. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; and ADVENTURE ONE QSS INC. d/b/a Polymarket.*

**REPRESENTATION STATEMENT**

Ninth Circuit Rule 3-2(b)

**Counsel for Defendants-Appellants Blockratize Inc. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; and Adventure One QSS Inc. d/b/a Polymarket.**

Mark A. Hutchison
Joseph C. Reynolds
HUTCHISON & STEFFEN, PLLC
100 West Liberty Street, Suite 765
Reno, Nevada 89501
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
(775) 853-8746

Adam P. Laxalt
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036
alaxalt@cooperkirk.com
(202) 220-9600

Orin Snyder
Matt Benjamin (*application for admission to Ninth Circuit forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
(212) 351-4000

Thomas H. Dupree Jr.
Jacob T. Spencer
Adam I. Steene (*application for admission to Ninth Circuit forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, D.C. 20036
TDupree@gibsondunn.com
JSpencer@gibsondunn.com
ASteene@gibsondunn.com
(202) 955-8500

| | |
|---|---|
| 1 | **Counsel for Plaintiff-Appellee State of Nevada ex rel. Nevada Gaming Control Board** |
| 2 | Jessica Whelan |
| 3 | Sabrena Clinton<br>OFFICE OF THE ATTORNEY GENERAL |
| 4 | 1 State of Nevada Way, Suite 100 |
| 5 | Las Vegas, Nevada 89119<br>Jwhelan@ag.ny.gov |
| 6 | Sclinton@ag.nv.gov<br>(702) 486-3420 |
| 7 | |
| 8 | John S. Michaela<br>OFFICE OF THE ATTORNEY GENERAL, GAMING DIVISION |
| 9 | 5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511 |
| 10 | Jmichela@ag.nv.gov |
| 11 | (775) 850-4153 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jessica Whelan<br>Sabrena Clinton<br>OFFICE OF THE ATTORNEY GENERAL<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br>Jwhelan@ag.ny.gov<br>Sclinton@ag.nv.gov<br>(702) 486-3420<br><br>*Attorneys for Plaintiff* | John S. Michaela<br>OFFICE OF THE ATTORNEY GENERAL, GAMING DIVISION<br>5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511<br>Jmichela@ag.nv.gov<br>(775) 850-4153<br><br>*Attorney for Plaintiff* |

DATED: March 3, 2026.

By: */s/ Madelyn Carnate-Peralta*
An Employee of Hutchison & Steffen, PLLC