UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: ___3:26-cv-00089_____

Court of Appeals Case Number: ___26-1343_____

Case Caption: ___State of Nevada ex rel Nevada Gaming Control Board vs Blockratize, et al___

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal
for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 2/24/2026 | 36 | Virtual Hearing on Motion to Remand | K. French | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: _March 17, 2026_____

Signature

Joseph C. Reynolds (Nev. Bar 8630)
Print Name

Appellant
_____
Appellant/Appellee